**Order filed December 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————

NO. 01-14-00182-CR

—————————

**WARIS NADIR SUBLET, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1378742**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of Defendant's Exhibit #45 and Defendant's Exhibit #45-A.

The exhibit clerk of the 262nd District Court is directed to deliver to the Clerk of this court the original of Defendant's Exhibit #45 and Defendant's Exhibit #45-A, on or before December 9, 2014. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhibit #45 and Defendant's Exhibit #45-A, to the clerk of the 262nd District Court.


PER CURIAM